Case: 1:26-mj-00043
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 3/2/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

I, Sergeant Zachary Webster, being duly sworn hereby submit this Affidavit, written in support of a criminal complaint and an Arrest Warrant to be issued for Jomaar Andre Taylor (hereinafter "**TAYLOR**"), born ███████████, a U.S. National residing in Washington D.C. I respectfully submit that there is probable cause to believe that Defendant has committed the following criminal offenses in violation of United States law: two counts of violating 18 U.S.C. § 2312 (transportation of stolen vehicles); two counts of violating 18 U.S.C. § 2313 (sale or receipt of stolen vehicles); and two counts of violating 18 U.S.C. § 371 (conspiracy to defraud the United States).

## RELEVANT LEGAL AUTHORITY

1. 18 U.S.C. § 2312 makes it a federal offense to transport in interstate commerce a motor vehicle knowing the same to have been stolen.

2. 18 U.S.C. § 2313 makes it a federal offense to possess any motor vehicle which has crossed state boundaries knowing the same to be stolen.

3. 18 U.S.C. § 371 makes it a federal offense to conspire to commit any offense against the United States, including 18 U.S.C. 2312 and 18 U.S.C. § 2313, and one or more such persons do any act to effect the object of the conspiracy.

## INTRODUCTION AND BACKGROUND

4. I am a Sergeant with the United States Secret Service Uniformed Division, where I am currently assigned to the Patrol Operations Division's Detective Unit. I have been employed with the Secret Service for approximately 11 years. During my time with the United States

Secret Service, I have attended the Uniformed Police Training Program at the Federal Law Enforcement Training Center in Glynco Georgia, the Uniformed Division Training Program at the Secret Service Training Center in Bladensburg Maryland, Metropolitan Police Detective Grade 3 School and Metropolitan Police Detective Grade 1 School.

5.  In October 2022, I was tasked with the development of the United States Secret Service, Uniformed Division's Detective Unit.  I have taken additional training courses offered through the Washington D.C. High Intensity Drug Trafficking Association focused in, Interviewing and Statement Analysis, Social Media and Open Source Investigations, and Street Crimes Investigations.  I have conducted over 30 stolen vehicle investigations as well as numerous Fraud investigations.

6. This affidavit in support of an arrest warrant is a summary of the investigation of this offense. This affidavit is not a verbatim record of interviews, nor does it detail every step of the investigation or fact known to myself; rather, it provides an overview of the case in an attempt to establish probable cause that a particular offense was committed by the defendant.

## PROBABLE CAUSE

### INITIAL DISCOVERY OF VEH-1

7. On December 1, 2025, my colleague Sgt M. Parr  of the United States Secret Service (USSS) was on patrol in the ████████████████████████████ when he discovered a parked Black 2025 GMC Pickup bearing diplomatic tags (that is license plates) which he suspected to be fraudulent based on his training and experience, i.e. the specific sequence of letters and numbers were incorrect for that type of tag. A NCIC/Wales check of the vehicle tags revealed that they were listed as "not on file" and the Vehicle Identification Number (VIN)

of the vehicle showed that the vehicle was registered to a car dealership in Frederick City, MD. A call placed to that dealership revealed that the dealership was not yet aware the vehicle had been stolen. Subsequently, it was reported stolen with the Frederick City Police. At this point, I, your Affiant, having been made aware of the fraudulent diplomatic tags by Sgt. Parr, conducted a search through police databases and discovered that another vehicle, a Dodge sedan (Charger) black in color (**VEH-1**) with three distinctive orange stripes running vertically across the left side of its hood, roof, and trunk, was also seen bearing the same fraudulent diplomatic tags. Subsequently, I distributed a be on the lookout notice (BOLO) for the **VEH-1** and continued to monitor police databases for updated locations.

**VEH-1** after being subsequently impounded by USSS



8.  On Monday, December 8, 2025, at approximately 0730, I discovered that **VEH-1** was last seen parked in the area of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. In response to the BOLO, Det. T. Young, USSS, contacted Sgt. M Parr and advised him of the last known location, and Sgt. Parr stated he would respond to the area and advise.  At approximately 0745, Sgt. Parr discovered **VEH-1** in front of 3218 29th St. NW Washington DC and confirmed that bore the

same fraudulent diplomatic tags that was observed on the Black GMC on December 1, 2025.

A subsequent NCIC/Wales check was conducted which revealed that **VEH-1** was reported to

be stolen out of Manheim, Pennsylvania on November 13th, 2025.  Upon discovering this

information, I spoke to Det. G. Rynier of the Manheim Township Police Dept. on the morning

of December 8, 2025, who advised that **VEH-1** was indeed stolen from a motor vehicle

dealership in Manheim, PA on November 13th, 2025. The vehicle was impounded at the USSS

garage, and then the car was released for pickup by the dealership.

## THE THEFT OF TWO CORVETTES

9. On December 8, 2025, I was contacted by Det. A. Jewell with the Harford County, MD

Sheriff's Office.  He advised me that **VEH-1** had also been involved in two recent thefts of

Chevrolet Corvettes from car dealerships occurring on December 7, 2025. The thefts involved

a white Chevrolet Corvette (**VEH-2**) which was reported stolen from Jones Junction Auto

located at ████████████████████████████, and a red colored Chevrolet Corvette

(**VEH-3**) reported stolen from Bob Bell Chevrolet of Bel Air dealership located at 1230 Belair

Rd, Bel Air, MD 21014. Based on my research and review of surveillance footage provided by

the dealerships, **VEH-1** matched the description of the vehicle that was used to make both

thefts. Specifically, the vehicle on the surveillance footage was a black Dodge Charger with

the same distinctive three orange stripes running vertically across its hood, roof, and trunk, and

had the same fraudulent diplomatic tags. At approximately 0930, on surveillance footage

obtained from the Jones Junction Auto group, both vehicles, **VEH-1** and the white **VEH-2,**

were observed leaving the dealership lot.  Although the exact numbers on the license plate was

difficult to ascertain in the surveillance footage, I could tell based on my training and

experience that the license plate has the same distinctive red top with white "DIPLOMAT"
lettering on top of a blue background color license plate which is associated with diplomatic
tags.

**VEH-1** at Dealership on December 7, 2025 where **VEH-2** was stolen



**VEH-2** at Jones Junction Auto and suspect who left with **VEH-2** shortly thereafter



10. Later, on December 8, 2025, I ran an NCIC query on **VEH-1** and saw that it had been towed to a DC tow lot for safe keeping. I spoke to a representative at the lot who stated that the vehicle was towed on December 5, 2025 for illegal parking and picked up the same day by an individual who identified himself as **TAYLOR**. The representative also stated that when **TAYLOR** arrived, he presented his driver's license, and the car was released to him as indicated by the tow receipt—of which I was given a copy. The tow receipt indicated that **VEH-1** was released to Jomaar Andre Taylor. Using this information, I looked up that individual on police databases and identified **TAYLOR**. The license photo on police databases showed a black male who was wearing a distinctive knit head covering, believed to be religious in nature. This information allowed me to identify **TAYLOR**'s physical appearance to use in the investigation. The tow lot also provided me with the Impound Receipt which revealed that

VEH-1 had indeed been released to **TAYLOR**.

**TAYLOR's** photograph on police databases



Copy of the impound receipt confirming the car had been released to **TAYLOR**

12/15/25, 12:04 PM                                              Invoice

**Always Towing and Recovery**                          **Impound Receipt**
1859 Edwin ST NE, Washington DC 20018
Phone: (804) 200-4884 | Fax :                          Printed 12/15/2025

| Released To | taylor jomaar andree | 45742 wellestley ter  sterling va 20166 | |
|---|---|---|---|
| Call # | 203310 | **Reason for Impound** | Private Property Tow |
| Stock # | 25980571 | **VIN Number** | |
| Account | Impound Always | **Model** | 2022 Dodge Charger (Black) |
| Date/Time Impounded: | 12/5/2025 3:46 PM | **License Plate** | DNXJ423 (DC) |
| Date/Time Released: | 12/5/2025 4:22 PM | **Drivable** | No |
| Days Held in Impound | 1 days | **Keys** | No |
| | | **Towed from** | |
| | | **Stored at** | Always - 2307 Lot |
| | | | 2307 Bladensburg RD NE, Washington DC 20018 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 1 | $20.00 | $20.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Tow/Hook Fee | 1 | $100.00 | $100.00 |
| | | **Towing SubTotal** | $100.00 |
| | | **Storage - Storage Fees SubTotal** | $20.00 |
| | | **Subtotal** | $120.00 |
| | | **Taxes** | $0.00 |
| | | **Grand Total** | $120.00 |
| | | **Amount Due:** | **$0.00 / Paid** |
| | | **Cash payment of $120.00 applied on 12/5/2025** | |

Always Towing and Recovery appreciates your business; if you have any questions regarding this invoice, please contact us at (804) 200-4884.

Signature: _____      Date: _____
                                    USDOT: 3434495

11. On December 31, 2025, I was contacted by Det. Jewell who informed me that he had received

"tower dump" information from T-Mobile which showed that a cellphone associated with the number ▮▮▮▮▮▮ (the "**TARGET CELLPHONE**") was present at Jones Junction Auto group, the location where **VEH-2** was stolen from on December 7, 2025 at 0923am as seen in the surveillance footage. The tower dump data also revealed that the **TARGET CELLPHONE** was also present at the same location where **VEH-3** was seen on LPR cameras in Washington D.C. on December 7, 2025, at 1219 pm. Based on this information I now believed the **TARGET CELLPHONE** to be a burner phone possessed by **TAYLOR** or one of his conspirators. Based on my training and experience, **TAYLOR** likely drove with a co-conspirator in **VEH-1** to the dealership, reprogrammed the fob key using an Autel or similar programming device, and drove **VEH-2** back to Washington, D.C. by himself.

Phone ping for the TARGET CELLPHONE at or near the area of Jones Junction Auto Group ▮▮▮▮▮ at 9:23am



LPR read of **VEH-2** in Washington, DC at 12:19pm at North Capitol
Street NW



Phone ping at H and North Capitol Street NW—the same location of the LPR
camera—Washington, DC 200016 at 12:19pm



12. The information also revealed that the **TARGET CELLPHONE** was frequently present in

the ████████████████████████████████████ This location is a multi-family

apartment complex located approximately 0.5 miles from where the **VEH-1** was recovered.

13. I was again notified by Det. Jewell that **VEH-3**, which was stolen from Bob Bell Chevrolet of Bel Air dealership, was also seen on area LPRs again bearing Diplomatic tags ████████. Knowing these tags also be fraudulent based on my training and experience, I ran a query through D.C. databases which showed that the vehicle was also seen in DC by LPR cameras on December 7, 2025. The LPR also showed that the same license plate number on **VEH-3**, specifically ██████, was being utilized on a black Infiniti sedan (**VEH-4**) that was parked in the ████████████████████.—the same area that **VEH-1** was recovered.

LPR camera located at Kenilworth Ave and DC 295 NE showing **VEH-3** at approximately 11:08 am at December 7, 2025



| | |
|---|---|
| ID | 261023352 |
| Read ID | 0 |
| Plate # | ████████ |
| Plate State | |
| Read Date | 2025-12-07T11:08:00 |

LPR camera located on an MPD Cruiser in the ██████████████ showing **VEH-4** at approximately 10:30 pm on December 7, 2025



| | |
|---|---|
| **ID** | 261020 |
| **Read ID** | 0 |
| **Plate #** | |
| **Plate State** | |
| **Read Date** | 2025-12-06T22:30:24.717 |

14. Detective Jewell and I continued to monitor locations frequented by the **TARGET CELLPHONE**, which revealed several locations where other stolen cars might be stashed. On January 12, 2026, while conducting a canvass of one such area for possible stolen vehicles, Det. Young discovered a 2019 black Chevrolet Corvette with Maryland license plate bearing the numbers ▉▉▉▉ (**VEH-5**). A tag check was conducted which revealed the license plate was not registered. Det. Young also discovered that the VIN on **VEH-5** was partially covered. A query of law enforcement databases showed that the same Maryland tag on **VEH-5** was also being displayed on a Ram pickup the day prior (the "**RAM PICKUP**").

15. An open-source search of possible vehicles matching **VEH-5** showed that a vehicle of similar make, model, year, and other identifying characteristics was listed for sale on the Waldorf Toyota dealership website, a car dealership located in Charles Co. Maryland located at ▉▉ ▉▉▉▉▉▉▉▉▉▉▉. In addition to this website advertisement, **VEH-5** matched the physical appearance of the Black Corvette on the Waldorf Advertisement, and the VIN number (revealed on the website) of this vehicle matched visible portion of the VIN number that was observed by Detective Young on **VEH-5**. A NCIC/Wales check was conducted on the VIN provided by the website which showed that the vehicle listed was reported stolen the day prior.

A photograph of advertisement on the Waldorf dealership website for
**VEH-5** displaying the VIN



16. Contact was made with Charles Co. Maryland's Det. Jesse Halterman who confirmed that **VEH-5** was stolen the morning prior and was seen leaving the dealership lot accompanied by a dark Ram pickup, which I identified to be the same **RAM PICKUP** bearing the same fraudulent Maryland tags. Det. Halterman informed me that he had made contact with Det. D. Wilks of the Metropolitan Police Department, who identified a vehicle matching the description of **VEH-5** was seen driving into a parking garage located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which Det. Wilks knew to be a popular "cool-off" spot for stolen cars.[1] Specifically, **VEH-5** arrives at the 70 I Parking Garage on December 12, 2026 at

---

[1] A "cool off" spot in law enforcement parlance is understood to be a location where a recently stolen car can be safely dispatched for a period of time in case law enforcement is tracking the vehicle.

0458am and parks at level P4 in the garage. In the footage, **VEH-5** appears to have been driven by an individual wearing a white hooded coat.

**VEH-5** seen on video surveillance at the parking garage located at ███████████
being driven by an individual with a white hooded coat



17. The surveillance footage also revealed that at 0539 on December 12, two individuals exited the **VEH-5** and walked to level P3 of the garage where a Black Infiniti was parked matching the description of **VEH-4**. The two individuals were matching the physical description of **TAYLOR** (based on the photocopy of his license photo including what is believed to be religious headwear) and the unknown driver wearing the white hooded coat. In the surveillance footage screenshot, **TAYLOR** appeared to be carrying an Autel IM508 type of OBD II electronic programing device. Based on my training and experience, these types of programming devices are used to reprogram electronic key fobs to vehicles. Such reprogrammed key fobs can then be used to steal the vehicles. In the same screenshot, it appears that the same individual with the white hooded coat who was driving **VEH-5** appears in the background.

**TAYLOR** seen on surveillance footage at ██████████████ with what appears to be an Autel programming device in his right hand and the unknown individual with the white coat in the background



Surveillance video of the individual in the White Coat with black shoes and black pants accompanying TAYLOR as they exit the parking garage



18. The unknown individual accompanying **TAYLOR** appeared to be wearing the same clothing as an individual seen in surveillance footage from Waldorf Toyota at the time of the theft of **VEH-5**. Namely, a white hooded coat, black shirt, black pants, and black shoes. This appears to be the same individual driving **VEH-5** in the surveillance footage from the parking garage and exiting **VEH-5** with **TAYLOR** and walking to **VEH-4**. Later that same day, the surveillance footage showed a clear shot of an individual wearing the same clothing returning to the garage at 1442 pm entering the garage and subsequently leaving driving **VEH-5** at 1448 pm.

Screenshot of surveillance video from later the day of the same theft of **VEH-5** showing an individual returning to the parking garage wearing the clothing items mentions.



Screenshot from Waldorf Toyota dealership surveillance at the date and time of the theft of **VEH-5** showing an individual wearing a white coat, black pants, and black shoes



19. On January 15, 2026, I received results from the Secret Service's Forensics Services Division of fingerprints that were recovered from **VEH-1** pursuant to a D.C. Superior Court search warrant that was executed on December 11, 2025.  The results indicated that **TAYLOR's** prints were located in the vehicle as well as another individual Simon Chavez-Torres (**TORRES**)—believed to be the individual accompanying **TAYLOR** during the theft of **VEH-5** in the surveillance footage wearing the white hooded coat. As this vehicle was stolen from a dealership in Pennsylvania and recovered in D.C. and the **TAYLOR** was not known to or given permission to operate **VEH-1**, I surmised that the **TAYLOR** had used this vehicle without consent or permission. Furthermore, the same fraudulent Maryland tags used on the **RAM PICKUP** were later found in **VEH-5** at the 70 I Parking Garage, connecting users of the **RAM PICKUP** to the eventual cool-off location of **VEH-5**.

### IDENTIFICATION OF TAYLOR'S APARMENT

20. On January 16, 2026, a Cell Site Simulator warrant was executed on the **TARGET CELL PHONE** identified by Det. Jewell from Harford Co. MD by members of the U.S. Secret Service Cyber Fraud Task Force.  Special Agents Eisenbeiser and Goode were able to pin the location of the **TARGET CELL PHONE** to ███████████████████████ close to where **VEH-1** was recovered.

21. On January 20, 2026, I met with the property management team for the apartment complex. After I described the Defendant, they stated that they were familiar with him and that he was currently residing in the complex, in an apartment with a female subject.  I met with staff again on February 2nd, 2026, and they were able to provide me with lease holder information to that

apartment. They also advised that an incident occurred on January 28, 2026 in which
Metropolitan Police responded to the apartment for a disorderly conduct call at the apartment
complex located at ███████████████████████ ███████████████████,
███████. Body Worn Camera footage was obtained which showed that the **TAYLOR**
answered the door of ███████████ and identified himself as Jasir Taylor (a false first
name but accurate last name) with the same date of birth, ███████████, that was shown
on his license. In the BWC footage, **TAYLOR** matches his license photo and is seen wearing
the same distinctive head covering.

BWC footage of TAYLOR from disorderly conduct incident



22. While interacting with MPD, the named Defendant was also seen taking a phone call on BWC.
    I spoke with Det. Jewell who confirmed that the **TARGET CELL PHONE** received a
    datapoint connection at the same time he was observed taking this call. Det. Jewell later

confirmed that the **TARGET CELL PHONE** had been disconnected from service after only three months, leading me to conclude, based on my training and experience, that it was a burner phone used in connection with the thefts. Based on this information, I concluded that the **TARGET CELL PHONE** belonged to **TAYLOR** and was used in the commission of the thefts.

23. Specifically, I was also able to conclude that there was probable cause that **TAYLOR** had been involved in the commission of the thefts **VEH-2,** and **VEH-5** in violation of 18 U.S.C. § 2312, by transporting both vehicles across state lines knowledge that they were stolen. With respect to **VEH-2**, **TAYLOR** was seen in video surveillance at Jones Junction Auto at the time of the theft. Using tower data, the **TARGET CELLPHONE** was also located at the Jones Junction Auto at the time of the theft. Several hours later, **VEH-2** was spotted in Washington, D.C. by LPR camera, and tower data showed that the **TARGET CELLPHONE** was at the same location of the LPR camera. With respect to **VEH-5**, the **RAM PICKUP** was sighted on surveillance footage at the Waldorf Toyota during the commission of the theft with fraudulent Maryland tags. Those same fraudulent tags were later found inside **VEH-5** at the 70 I Parking Garage where both **TAYLOR** and **TORRES** were seen exiting the vehicle. Thus, **TAYLOR** was present at locations in two separate jurisdictions during the commission of an interstate crime in violation of 18 U.S.C. § 2312 for two separate counts. Likewise, these facts are sufficient for probable cause that TAYLOR possessed a stolen vehicle and transported it across state lines in violation of 18 U.S.C. 2313 for two separate counts.

24. Furthermore, I was able to conclude that there was probable cause that **TAYLOR** had conspired with **TORRES** (or some other unidentified individual) to commit the theft of **VEH-2** and **VEH-5** in violation of 18 U.S. Code § 371. Specifically, the second vehicle present at

each of the thefts necessitate a co-conspirator in both.

### RECENT INCIDENT INVOLVING VEH-4

25. On February 15th, 2026, at approximately 3:00PM I was contacted by Special Agent Carmer with the USSS who was conducting surveillance in the ███████████████████████ He stated that he discovered a vehicle which matched that of **VEH-4** but was bearing a Maryland Registration of ████████—a different license plate than what was on **VEH-4** on the LPR camera on December 6, 2025. An NCIC/Wales check was conducted on the registration which returned to 2014 Honda Civic with a registered owner name of Mendez-Alberto.  It also returned with a warrant for **TAYLOR** which was sworn out the day before in Arlington Co. Virginia.

26. On Monday, February 16th, 2026, I made contact with Det. Lipschutz with Arlington Co. Va. who advised that on the morning of the 14th, Arlington Co. Patrol Officers observed **VEH-4** bearing the above listed Maryland Registration plate.  When the Officer ran the tag through NCIC and saw it was expired and belonged on a different make and model, they conducted a traffic stop with BWC. The Officer made contact with the driver who identified himself via word of mouth as Jomaar Taylor, date of birth November 21, 2005. In addition to having the same name, the individual had the same physical appearance as **TAYLOR** and was wearing the same distinctive head covering. He also provided registration for the vehicle with the same information present.  When asked to step out of the **VEH-4, TAYLOR** placed the vehicle in drive and accelerated at a high rate of speed endangering the officer.

Still shot of VEH-4 parked with Maryland plates registered to Honda Civic



Screenshot of BWC camera for traffic stop of TAYLOR





## **CONCLUSION**

27. Based on the facts described above, I believe probable cause has been established that between

December 1, 2025 and January 12, 2026, Defendant JOMAAR ANDRE TAYLOR committed

two violations of 18 U.S.C. § 2312- Transportation of stolen vehicles; two violations of 18

U.S.C. § 2313- Sale or receipt of stolen vehicles; and two violations of 18 U.S.C. § 371-

Conspiracy to Defraud the United States and request that the court issue the proposed arrest

warrant.

Respectfully Submitted,

*Zachary S. Webster*
_____
Zachary Webster
Sergeant
United States Secret Service

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on March 2,
2026.

_____
HONORABLE MATTHEW SHARBAUGH
UNITED STATES MAGISTRATE JUDGE