AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11929515

**RECEIVED**
By USMS District of Columbia District Court at 4:28 pm, Mar 02, 2026

United States of America
v.
Jomaar Andre Taylor

*Defendant*

)
)
)
)
)
)
)

Case: 1:26-mj-00043
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 3/2/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jomaar Andre Taylor,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2312- Transportation of stolen vehicles
18 U.S.C. § 2313- Sale or receipt of stolen vehicles
18 U.S.C. § 371- Conspiracy to Defraud the United States

Date: 03/02/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Matthew Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/2/26, and the person was arrested on *(date)* 3/9/26
at *(city and state)* Washington, D.C.

Date: 3/9/26

*Arresting officer's signature*

Amanda Feo
*Printed name and title*